# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144652 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BARRETT RAY SCHWARZLOSE,
    Defendant-Appellant.

SC: 144652
COA: 308516
Oakland CC: 2009-227243-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2012

_____
Clerk

p0309